ORIGINAL                                                                                           ORIGINAL

1  Robert J. Beles Bar No. 41993
   Paul McCarthy Bar No. 139497
2  Manisha Daryani Bar No. 272992
   One Kaiser Plaza, Suite 2300
3  Oakland, California 94612-3642
   Tel No. (510) 836-0100
4  Fax. No. (510) 832-3690

5  Attorneys for *Petitioner*

## United States District Court
### Northen District of California
### San Francisco Courthouse

| | |
|---|---|
| BRIANNE MICHELLE RAISNER, | No. **3:14-CV-02456-VC** |
| *Petitioner*, | MOTION AND DECLARATION OF GOOD CAUSE FOR THIRTY DAY EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS |
| vs. | |
| DEBORAH K. JOHNSON, Warden, | |
| *Respondent*. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| *Real Party in Interest*. | |

**MOTION AND DECLARATION OF GOOD CAUSE FOR THIRTY DAY
EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**

I, Manisha Daryani, declare under penalty of perjury as follows:

1. I am an attorney for petitioner in this case.

2. The Response to the Motion to Dismiss is due today, July 21, 2015.

3. Counsel requests an extension of 30 days, so that the reply will be due on Thursday, August 20, 2015.

4. Petitioner has not requested an extension of time previously.

5. The Motion to Dismiss was filed on July 7, 2015. I have been in a jury trial in Alameda County since July 7. The trial finished yesterday, July 20, 2015.

6. Because of this trial, I have been unable to complete the responsive memorandum in this case

by the deadline. I am requesting the 30 day extension of time as I have an opening brief due in Solano County that is in 30-day time and a Petition for Review that must be filed by the end of the month. Once those are complete, I can complete the responsive memorandum.

9. On July 20, 2015, I left a message with Greg Ott, the listed attorney of record for respondent, regarding the request for extension. Today, July 21, I spoke to Mr. Ott and he indicated he had no objection to this request.

I declare under penalty of perjury that the facts stated in this declaration are true and correct. Executed in Oakland, California, on Tuesday, July 21, 2015.

/s/ Manisha Daryani

**Manisha Daryani**
Attorney for Petitioner

Date: July 22, 2015



IT IS SO ORDERED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA