UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIANNE MICHELLE RAISNER,

   Plaintiff,

v.

DEBORAH K. JOHNSON,

   Defendant.

Case No. 14-cv-02456-VC

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Because jurists of reason would not "find it debatable whether" Raisner exhausted her sole claim for federal habeas relief, the Court declines to issue a certificate of appealability. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: December 2, 2015

VINCE CHHABRIA
United States District Judge